# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS MITCHELL,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 10-294** |
| : | |
| **DAVID PITKINS, et al.,** : | |
| Respondents. : | |

## ORDER

**AND NOW**, this 30th day of April, 2010, upon careful and independent consideration of the petition for a Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells *(Doc. No. 7)*, to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The petition for Writ of Habeas Corpus is **DENIED** without an evidentiary hearing;

3. There is no basis to issue a certificate of appealability; and

4. The Clerk of Court shall **CLOSE** this case for statistical purposes.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**